# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                        **CRIMINAL ACTION NO. 4:09CR06-P-S**

**TYPHRON ARMSTRONG,**                                    **DEFENDANT.**

## **ORDER**

This matter comes before the court upon Defendant Typhron Armstrong's second motion to continue trial [89]. After due consideration of the motion, the court finds that it should be denied since the court recently granted co-Defendant Turner's motion to continue.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant Typhron Armstrong's second motion to continue trial [89] is **DENIED** as moot.

**SO ORDERED** this the 2nd day of September, A.D., 2009.

                                                                    /s/ W. Allen Pepper, Jr.
                                                                    W. ALLEN PEPPER, JR.
                                                                    UNITED STATES DISTRICT JUDGE